CASE segment

1  Michael A. Hession (State Bar No.: 219103)
   Nicholas S. Lieberknecht (State Bar No.: 252540)
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 365-9800
4  Facsimile: (415) 365-9801
   Email: michael.hession@clydeco.us
5         nicholas.lieberknecht@clydeco.us

6  Attorneys for Defendant
7  AIR CHINA LIMITED

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 VELIA CORRAL, NICHOLAS UHL,          Case No. CV 10-00356 MHP
   JEFFREY UHL, LINDA UHL, AND
12 TINA UDON SUPHAMAK                   **STIPULATION AND
                                        [PROPOSED] ORDER TO
13           Plaintiffs,                CONTINUE FURTHER CASE
                                        MANAGEMENT CONFERENCE**
14      vs.

15 AIR CHINA LIMITED,                   Date: September 13, 2010
   CHINASPREE.COM, and                  Time: 3:00 p.m.
16 DOE 1, DOE 2, DOE 3, DOE 4, DOE 5,   Dept: 15
   DOE 6 AND DOES 7 through 50,         Judge: Marilyn Hall Patel
17
             Defendants.
18

19

20      Pursuant to Civil L.R. 16-10(c), plaintiffs Velia Corral, Nicholas Uhl,

21 Jeffrey Uhl, Linda Uhl, and Tina Udon Suphamak, by their attorney of record, and

22 defendant Air China Limited, by its attorneys of record, hereby stipulate and agree

23 as follows:

24      WHEREAS, the Court has set a Further Case Management Conference for

25 September 13, 2010, at 3:00 p.m.;

26      WHEREAS, on May 3, 2010, during the Initial Case Management

27 Conference, the Court referred the case to Private Alternative Dispute Resolution

28 ("ADR");

1    WHEREAS, the parties are continuing to actively engage in good faith
2    informal settlement negotiations in this matter without the assistance of Private
3    ADR;

4    WHEREAS, the parties desire to attempt to reach a settlement without
5    incurring the costs of Private ADR;

6    WHEREAS, the parties believe that an additional ninety days to pursue
7    informal settlement negotiations may result in the resolution of the case; and

8    WHEREAS, there have been no previous extensions requested or given in
9    respect to the Further Case Management Conference;

10    IT IS HEREBY STIPULATED between the parties that good cause exists
11    for the Court to continue the Further Case Management Conference from
12    September 13, 2010, to November 15, 2010, or the next date convenient to the
13    Court.

14    Dated: August 27, 2010          CLYDE & CO US LLP

15

16
                                    By: _____
17                                        MICHAEL A. HESSION
                                          Attorneys for Defendant
18                                        AIR CHINA LIMITED

19

20
      Dated: August 26, 2010          LAW OFFICES OF MARK WEST
21

22

23
                                    By: _____
24                                        MARK WEST
                                          Attorney for Plaintiffs
25                                        VELIA CORRAL, NICHOLAS UHL,
                                          JEFFREY UHL, LINDA UHL, AND
26                                        TINA UDON SUPHAMAK

27

28

                                    -2-

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

**ORDER [PROPOSED]**

For good cause shown the further status conference re settlement in the above-referenced matter is hereby continued from September 13, 2010, to November 15, 2010, at 4:00 p.m., in Courtroom 15.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE MARILYN HALL PATEL
United States District Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1   **PROOF OF SERVICE**

2   **STATE OF CALIFORNIA**
    **COUNTY OF SAN FRANCISCO**

3        I am a employed in the County of San Francisco, State of California, I am
4   over the age of eighteen years, and not a party to the within action.  My business
    address is 101 Second Street, 24th Floor, San Francisco, California  94105.  On
5   August 27, 2010, I served the document(s) described as:

6   **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER**
    **CASE MANAGEMENT CONFERENCE**

7   on the party(s) in this action as follows:

8       ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the
9          fax number(s) set forth below, or as stated on the attached service list, on
           this date before 5:00 p.m.

10      ☒ (BY MAIL): as follows:  I am "readily familiar" with the firm's practice of
11         collection and processing correspondence for mailing.  Under that practice
           it would be deposited with the U.S. Postal Service on that same day with
12         postage thereon fully prepaid at San Francisco, California in the ordinary
           course of business.  I am aware that on motion of the party served, service
13         is presumed invalid if postal cancellation date or postage meter date is more
           than on day after the date of deposit for mailing in affidavit.

14      ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by
15         hand this date to the offices of the addressee(s).

16      ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered
17         to an overnight delivery carrier with delivery fees provided for, addressed
           to the person(s) on whom it is to be served.

18      ☒ (BY ELECTRONIC FILING WITH THE CLERK OF THE COURT
19         USING THE CM/ECF SYSTEM), which will send a Notice of Electronic
           Filing to all parties with an e-mail address of record, who have filed a
20         Notice of Consent to Electronic Service in this action:

21      Mark West, Esq. (SBN 166336)
        Law Offices of Mark West
22      2630 San Gabriel Blvd., Suite 201
        Rosemead, CA  91770
23      Tel:  (626) 571-5405
        Fax:  (626) 270-4359
24      E-Mail:  markwest@markwestlaw.com

        I declare I am employed in the office of a member of the bar of this court at
25  whose direction the service was made.

26      Executed on August 27, 2010, at San Francisco, California.

27

28                                                  Patricia Inabnet

                                    -4-
        STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE